UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| WISAM A. AL TAMEEMI, | : | (18 U.S.C., Section 1752(a)(1)) |
| also known as Wisam Abdullajeef | : | (Entering or Remaining in Restricted |
| Al Tameemi, | : | Building or Grounds) |
| | : | |
| Defendant. | : | 23 D.C. Code, Section 1329 |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about September 27, 2017, within the District of Columbia, defendant **WISAM A. AL TEMEEMI**, also known as Wisam Abdullajeef Al Tameemi, did knowingly enter and remain in a restricted building and grounds, that is, the White House grounds, without lawful authority to do so.

(**Entering or Remaining in Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

### COUNT TWO

On or about September 27, 2017, in the District of Columbia, defendant **WISAM A. AL TEMEEMI**, also known as Wisam Abdullajeef Al Tameemi, was released in Case Number 2017CMD16543 and ordered by a D.C. Superior Court Judge or Magistrate Judge to stay away from the "White House complex bounded by K St. NW/13th St. NW/Pennsylvania Ave. NW/12th St. NW/Constitution Ave. NW; 19 St. NW." On or about September 27, 2017, defendant **WISAM A. AL TEMEEMI**, also known as Wisam Abdullajeef Al Tameemi, within the District of

Columbia, knowingly, willfully, and intentionally violated that order by being present within those boundaries.

(**Contempt**, in violation of 23 D.C. Code, Section 1329 (2001 ed.))

Respectfully submitted,

JESSIE K. LIU
United States Attorney

By: _____
Frederick W. Yette, DC Bar 385 391
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
frederick.yette@usdoj.gov; (202) 252-7733